UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 3, 2018

| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| --- | --- | --- |
| | : | |
| v. | : | MAGISTRATE NO. 18-MJ-105 |
| | : | |
| WILLIAM MUHAMMAD, | : | VIOLATION: |
| | : | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) |
| Defendant. | : | (Unlawful Possession with Intent to |
| | : | Distribute Cocaine) |
| | : | |
| | : | FORFEITURE: |
| | : | 21 U.S.C. 853(a) and (p) |

## I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about August 28, 2018, within the District of Columbia, **WILLIAM MUHAMMAD** did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

(**Unlawful Possession with Intent to Distribute Cocaine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

### FORFEITURE ALLEGATION

1.    Upon conviction of the offense alleged in Count One, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of this offense; and any property used, or intended to be used, in any manner or part, to commit, or to

facilitate the commission of this offense.  The United States will also seek a forfeiture money judgment against the defendant in the amount of $3,700.50.

    2.    If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

(**Criminal Forfeiture**, pursuant to Title 21, United States Code, Sections 853(a) and (p))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.